```
        IN THE UNITED STATES DISTRICT COURT
      FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,    )
                             )
          v.                 ) Criminal No. 05-352
                             )
CHRISTY McKENZIE,            )
     Defendant.              )
```

_____ORDER

AND NOW, this 23rd day of June, 2006, the Court having been advised that the above defendant wishes to change her plea of not guilty, entered November 21, 2005, IT IS HEREBY ORDERED that a hearing on defendant's change of plea is set for Friday, July 7, 2006 at 3:30 p.m. in Courtroom #3A, 3rd floor, United States Post Office and Courthouse, Pittsburgh, Pennsylvania.

IT IS FURTHER ORDERED that jury selection and trial, scheduled for July 3, 2006, is hereby cancelled.

                              BY THE COURT:


                              s/Gary L. Lancaster          ,J.
                              The Honorable Gary L. Lancaster,
                              United States District Judge

cc:   Gregory J. Nescott,
      Assistant United States Attorney

      Stanley W. Greenfield, Esquire
      1035 Fifth Avenue
      Pittsburgh, PA 15219

      U.S. Marshal

      U.S. Pretrial Services

      U.S. Probation